# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| MICHAEL A. GOW, AND ANDREW GOW, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-17-621 |
| | § | |
| EXXON MOBIL CORP. *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

The defendants' motions to dismiss, (Docket Entry Nos. 16–18), are granted. For the reasons stated in detail on the record at the hearing of today's date, this action is dismissed with prejudice. Each party is to bear its own costs.

This is a final judgment.

SIGNED on May 31, 2017, at Houston, Texas.

_____
Lee H. Rosenthal
Chief United States District Judge

1